No. 71–6613.  HAYES v. COULON ET AL.  C. A. 6th Cir. Certiorari denied.

No. 71–6621.  NIXON v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 71–6622.  KEY v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 71–6623.  MORNINGSTAR v. CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Riverside.  Certiorari denied.

No. 71–6626.  LOGAN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 71–6630.  PILLIS ET AL. v. STATE BOARD OF ELECTIONS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 71–6632.  HAMILTON v. WARDEN, MARYLAND PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 71–6635.  JONES v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 71–6636.  HARDIN v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 71–6638.  THORNHILL v. SLAYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 71–6642.  LARY v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 71–6652.  ROTH v. ZELKER, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 71–6655.  SMITH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.